Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back          Location : All Courts   Help

# REGISTER OF ACTIONS
### CASE NO. 2025DCV4719

| | | |
|---|---|---|
| **Susana Rivas De Amaya vs. Sam's East, Inc.** | § § § § § | **Case Type:** Other Injury or Damage<br>**Date Filed:** 10/15/2025<br>**Location:** County Court at Law 6 |

---

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | Sam's East, Inc. | |
| **Plaintiff** | Rivas De Amaya, Susana | MARIO YAGUE RIOS<br>*Retained*<br>915-400-1099(W) |

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 10/15/2025 | **Original Petition (OCA)**    Index # 1 |
| 10/15/2025 | **E-File Event Original Filing** |
| 12/01/2025 | **Request**    Index # 2 |
| 12/02/2025 | **Citation** |
| | Sam's East, Inc.    Served    12/04/2025 |
| | Returned    12/04/2025 |